IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>    Plaintiff,<br><br>v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>    Defendant. | **CIVIL ACTION NO. 02-2972** |

**O R D E R**

      **AND NOW,** this 4th day of November, 2002, upon consideration of Defendant First Union Bank, a/k/a/ Wachovia Bank's Motion to Dismiss and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED** without prejudice to renew the contentions for a Motion for Summary Judgment following the completion of discovery.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**