# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY JO ALTIMARI | : | CIVIL ACTION |
| vs. | | |
| JOHN HANCOCK VARIABLE LIFE INS. CO., et al | : | 02-2972 |

## O R D E R

BEFORE **HONORABLE MARVIN KATZ,**

AND NOW, this 19th day of NOVEMBER 2002, it is **ORDERED** that this case is fixed for a CIVIL JURY TRIAL to commence on **FEBRUARY 26, 2003 at 10:00 AM** before the HONORABLE MARVIN KATZ, in Courtroom **13-B, 13th floor**, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.

ATTEST:                           or           BY THE COURT:

By: _____           _____
     Elizabeth M. Purnell,                    MARVIN KATZ, S. J.
     Courtroom Deputy Clerk

Faxed: 11/19/02
       R. Kidd, Esq.
       J. Shusted, Esq.
       J. Albert, Esq.