IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>       Plaintiff,<br><br>       v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>       Defendant. | **CIVIL ACTION NO. 02-2972** |

**O R D E R**

      **AND NOW,** this 18th day of December, 2002, upon consideration of the attached request dated December 18, 2002, it is **ORDERED** that said request is **APPROVED.**

      **BY THE COURT:**

      _____
      **MARVIN KATZ, S.J.**