IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>    **Plaintiff,**<br><br>v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>    **Defendant.** | **CIVIL ACTION NO. 02-2972** |

## O R D E R

**AND NOW,** this 16th day of January, 2003, upon consideration of Motion for Leave of Court to Amend Answer to Assert Crossclaim (document no. 21) and the response, it is **ORDERED** that the said Motion is **DENIED** as untimely. Trial is listed for February 26, 2003. Allowing amendment of the Answer at this late stage and after the close of discovery risks delay and prejudice.

It is further **ORDERED** that the alternative Motion for Summary Judgment (document no. 28) is **DENIED** as moot.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**