IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>       Plaintiff,<br><br>v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>       Defendant. | **CIVIL ACTION NO. 02-2972** |

### O R D E R

**AND NOW,** this 21st day of January, 2003, upon consideration of the attached request dated January 21, 2003, it is **ORDERED** that the said request is **APPROVED**.

BY THE COURT:

_____

**MARVIN KATZ, S.J.**