IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>    Plaintiff,<br><br>v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>    Defendant. | **CIVIL ACTION NO. 02-2972** |

**O R D E R**

**AND NOW,** this 24th day of January, 2003, upon consideration of Plaintiff's Motion for Extension of Time within Which to Answer Defendants' Motions for Summary Judgment, it is **ORDERED** that the said Motion is **GRANTED**.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**