## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**JOHN HANCOCK VARIABLE LIFE**<br>**INSURANCE COMPANY,**<br>　　　　**Defendant.** | **CIVIL ACTION NO. 02-2972** |

### O R D E R

**AND NOW,** this 28th day of February, 2003, it is hereby **ORDERED** that the defendants shall reply to the plaintiff's response to defendants' motion for summary judgment by **February 12, 2003**.  It is further **ORDERED** that a hearing on defendants' motions for summary judgment shall be held on **February 26, 2003 at 9:30 a.m.** in Courtroom 13-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**