IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>　　　Plaintiff,<br><br>　　　v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY,**<br>　　　Defendant. | **CIVIL ACTION NO. 02-2972** |

**O R D E R**

**AND NOW,** this 28th day of February, 2003, upon consideration of the attached letter, it is hereby **ORDERED** that the defendant John Hancock Variable Life Insurance Company's Motion for Reconsideration is **DENIED** as moot.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**