IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY JO ALTIMARI,**<br>       Plaintiff,<br><br>       v.<br><br>**JOHN HANCOCK VARIABLE LIFE INSURANCE COMPANY, et. al.,**<br>       Defendants. | **CIVIL ACTION NO. 02-2972** |

## J U D G M E N T

**AND NOW,** this 26th day of February, 2003, judgment is entered on the claims in **FAVOR** of defendants, John Hancock Variable Life Insurance Company and First Union/Wachovia Bank, and **AGAINST** plaintiff, Mary Jo Altimari.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**