# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

S. Rothschild                          M. Owens
Court Reporter/ESR                     Courtroom Deputy


MARY JO ALTIMARI
                              :        Ronald F. Kidd &
                                       Thomas D. Schneider,
                                       Esqs.

         vs.                  :        C.A.NO. 02-2972

JOHN HANCOCK VARIABLE LIFE
INSURANCE CO., ET AL.
                              :        John P. Shusted & Jeffrey
                                       B. Albert, Esq.


**MINUTE SHEET**

BEFORE JUDGE  MARVIN KATZ        DATE 2-26-03        TIME 9:30 a.M.

HEARING RE: MOTIONS FOR SUMMARY JUDGMENT
**PROCEEDING**
_____

Mr. Shusted addressed the Court on behalf of John Hancock.
Mr. Albert addressed the Court on behalf of Wachovia Bank.
Mr. Schneider addressed the Court on behalf of the plff.

Mr. Shusted's rebuttal.
Mr. Albert's rebuttal.
Mr. Schneider & Mr. Kidd's rebuttal.

John Hancock & Wachovia Bank's motion for summary judgment was granted and an order will be entered by the Court.


        Court adjourned at 10:35 a.M.    To reconvene ---

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.

    SPEEDY TRIAL ACT DELAY CODE( )    [ ] The Court deems this case "UNTRIABLE"

Civ. 16 (8/80)